APPEAL No. 76-351.   WARWICK TEACHERS' UNION LOCAL
915, AFT, AFL-CIO *v.* THE SCHOOL COMMITTEE OF THE CITY
OF WARWICK. This case was heard on February 7, 1979,
pursuant to this court's order entered on January 18, 1979
directing the plaintiff to appear and show cause why its
appeal should not be dismissed in light of the fact that G.L.
1956 (1968 Reenactment) §28-9.3-12 does not provide an
avenue of appeal from the decision of an arbitrator resolving
a dispute arising out of the terms of an executed contract.

The plaintiff appeared and sufficient cause having been
shown that the appeal should not be dismissed, the case is
ordered returned to the regular calendar. *Richard A.
Skolnik,* for plaintiff. *Thomas L. McDonald,* for defendant.

March 15, 1979.

M. P. No. 78-428.   BRIAN K. BURBINE *v.* JOHN J. MORAN.
The petition for writ of habeas corpus is denied as moot.
*Brian K. Burbine,* pro se, for petitioner. *Dennis J. Roberts II,*
Attorney General, *Thomas H. Caruolo,* Special Assistant
Attorney General, for respondent.

M. P. No. 79-51.   ERWIN M. BOSLER *v.* MITCHELL
SUGARMAN, *Alias.* The petition for writ of certiorari is denied
as premature. *Temkin, Merolla & Zurier, Charles C. Dupre,*
for plaintiff-respondent. *Smith & Smith, Incorporated, Z.
Hershel Smith,* for defendant-petitioner.

M. P. No. 79-98.   SAVOY REALTY CORPORATION *v.* LPL,
INC. *et al.* The petition for writ of certiorari is denied. *Smith
& Smith, Incorporated, Z. Hershel Smith, Edward M.
Botelle,* for petitioner. *Longolucco, Lenihan & Orsinger,
William J. Gallogly,* for respondents.

C. A. No. 79-65.   STATE *v.* IDALIO SANTOS. The defen-
dant's motion for release pending appeal pursuant to Rule 9 is
denied. *Dennis J. Roberts II,* Attorney General, for plaintiff.
*William F. Reilly,* Public Defender, *Barbara Hurst,* Chief
Appellate Attorney, for defendant.